# United States District Court for the Northern District of Illinois

Case Number: 08CV3274            Assigned/Issued By: DAJ

Judge Name:                      Designated Magistrate Judge:

## FEE INFORMATION

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00
               ☐ IFP        ☐ No Fee    ☐ Other _____
               ☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

## ISSUANCES

✓ Summons                               ☐ Alias Summons

☐ Third Party Summons                   ☐ Lis Pendens

☐ Non Wage Garnishment Summons          ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____
                                        _____
☐ Citation to Discover Assets           (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

__3__ Original and __0__ copies on __06/16/08__ as to __DEF'S._____
                                      (Date)
_____
_____