IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICK BIRGMAN, | ) | |
| | ) | No. 08 C 3274 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, ILLINOIS, and | ) | |
| CHICAGO POLICE OFFICER | ) | Judge Aspen |
| M.A. BOSCH, Star No. 11266, and | ) | |
| CHICAGO POLICE OFFICER | ) | Magistrate Judge Cole |
| M. C. VENTURA, Star No. 4291 | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT CITY OF CHICAGO'S AGREED MOTION
FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant City of Chicago ("the City"), through its attorney Mara S. Georges, Corporation Counsel of the City of Chicago, pursuant to Federal Rule of Civil Procedure 6(b), moves this Court for an extension of time until August 11, 2008, to answer or otherwise plead to plaintiff's complaint. In support of this motion, the City states as follows:

1.  Plaintiff filed his six-count complaint on June 6, 2008. The complaint alleges federal claims under 42 U.S.C. § 1983 and Illinois state law claims against the City and two Chicago police officers.

2.  Plaintiff's complaint and summons were received by the City on or about June18, 2008. The City's answer is due on July 7, 2008. Undersigned counsel for the City, however, was assigned to this case and received the complaint today, July 1, 2008.

3.  To properly respond to plaintiff's complaint, counsel for the City must first gather and examine the pertinent records, and if necessary, further investigate plaintiff's allegations.

4.  Therefore, the City requests until August 11, 2008, to answer or otherwise plead

in response to the complaint.

5. This is the first extension of time the City has sought in this case.

6. This motion is not brought for the purpose of delay or any other improper purpose, but so that the City can properly respond to the allegations in plaintiff's complaint.

7. Plaintiff will not be prejudiced if the requested extension of time is granted.

8. Counsel for the City spoke with plaintiff's counsel, Jeff Granich, today, and plaintiff does not oppose this motion.

For these reasons, the City requests that the Court grant the City's motion for an extension of time to and including August 11, 2008, to answer or otherwise plead to plaintiff's complaint.

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel of the
City of Chicago

Dated: July 1, 2008          By:   *s/ Bhairav Radia*
                                   Bhairav Radia
                                   Assistant Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-6919