IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICK BIRGMAN, | ) | |
| | ) | No. 08 C 3274 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, ILLINOIS, and | ) | |
| CHICAGO POLICE OFFICER | ) | Judge Aspen |
| M.A. BOSCH, Star No. 11266, and | ) | |
| CHICAGO POLICE OFFICER | ) | Magistrate Judge Cole |
| M. C. VENTURA, Star No. 4291 | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

TO:   Jeffrey B. Granich
      53 W. Jackson Blvd., Unit 840
      Chicago, IL 60604

    Please take notice that on July 1, 2008, I electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendant City of Chicago's Agreed Motion For An Extension Of Time To Answer Or Otherwise Plead,** a copy of which was thereby served upon you.

    Please take further notice that I will appear before the Honorable Judge Aspen or such other Judge or Magistrate Judge sitting in his stead, on July 8, 2008 at 10:30 a.m., or as soon thereafter as counsel may be heard and then and there present the above-mentioned motion.

    I certify that I caused to be served a true copy of this notice and **Defendant City of Chicago's Agreed Motion For An Extension Of Time To Answer Or Otherwise Plead** on plaintiff's attorney of record, as identified above, through the United States District Court for the Northern District of Illinois, Eastern Division's electronic case filing system, on July 1, 2008.

| | |
|---|---|
| City of Chicago Department of Law | */s/ Bhairav Radia* |
| 30 N. LaSalle Street, Suite 1020 | Bhairav Radia |
| Chicago, IL 60602 | Assistant Corporation Counsel |
| (312) 744-6919 | |