IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICK BIRGMAN, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 08 C 3274 |
| | ) | |
| v. | ) | HON. MARVIN ASPEN |
| | ) | Judge Presiding |
| CITY OF CHICAGO, | ) | |
| Chicago Police Officer, M.A. BOSCH, and, | ) | MAGISTRATE JUDGE COLE |
| Chicago Police Officer, M.C. VENTURA; | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' AGREED MOTION
FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants, Mark BOSCH and Marr VENTURA ("Defendants")[1], by one of their attorneys, Thomas H. Freitag, Assistant Corporation Counsel of the City of Chicago, respectfully request this Honorable Court, pursuant to FRCP 6(b)(1), to enlarge their respective times to answer or otherwise plead to Plaintiff's Complaint in this matter thirty (30) days from today's date, up to and including August 21st, 2008.

In support of this motion, the undersigned state as follows:

1.  I, the undersigned Thomas H. Freitag, am one of the Assistant Corporation Counsel of the City of Chicago assigned to represent the two served Defendants in this matter.

2.  Due to administrative delays in processing the Defendants requests for representation, related to the recent filing of Plaintiff's Complaint on June 6th, 2008, it was only in the last week that counsel was assigned the case.

---

[1] Defendants, those Police Officers having been served in this matter, file this Motion solely on their own behalf, and not on behalf of any other named or unnamed defendants.

1

3.  We therefore have not had a chance to discuss the allegations contained in Plaintiff's Complaint with our clients in order to adequately answer or otherwise plead in this matter on their behalves. Answering on behalf of all Defendants at the same time will provide uniform briefing schedules as well as improved efficiencies for the Court.

4.  We are therefore requesting a thirty (30) day enlargement of time from today, July 22nd, 2008, to answer or otherwise plead for the served Defendants, up to and including August 21st, 2008.

5.  I discussed this matter with Plaintiff's counsel Katie Ehrmin, who today by telephone, and, under the circumstances, stated she had no objection to this motion.

6.  Plaintiff has not been prejudiced by the delay in responding to his Complaint since the time service was had, and will not be prejudiced by the granting of this motion.

7.  This motion is filed in good faith, and is not intended for the purpose of undue delay.

WHEREFORE, Defendants respectfully move this Honorable Court to enlarge their respective time thirty (30) days from today, up to and including August 21st, 2007, to answer or otherwise plead in this matter.

Respectfully submitted,

Mark BOSCH, and
Marr VENTURA,

By one of their attorneys,

30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602                 /s/ *Thomas H. Freitag*
(312) 742-7391                          Thomas H. Freitag
Atty. No. 6272245                       Assistant Corporation Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICK BIRGMAN, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 08 C 3274 |
| | ) | |
| v. | ) | HON. MARVIN ASPEN |
| | ) | Judge Presiding |
| CITY OF CHICAGO, | ) | |
| Chicago Police Officer, M.A. BOSCH, and, | ) | MAGISTRATE JUDGE COLE |
| Chicago Police Officer, M.C. VENTURA; | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' AGREED MOTION
FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants, Mark BOSCH and Marr VENTURA ("Defendants")[1], by one of their attorneys, Thomas H. Freitag, Assistant Corporation Counsel of the City of Chicago, respectfully request this Honorable Court, pursuant to FRCP 6(b)(1), to enlarge their respective times to answer or otherwise plead to Plaintiff's Complaint in this matter thirty (30) days from today's date, up to and including August 21st, 2008.

In support of this motion, the undersigned state as follows:

1.  I, the undersigned Thomas H. Freitag, am one of the Assistant Corporation Counsel of the City of Chicago assigned to represent the two served Defendants in this matter.

2.  Due to administrative delays in processing the Defendants requests for representation, related to the recent filing of Plaintiff's Complaint on June 6th, 2008, it was only in the last week that counsel was assigned the case.

---

[1] Defendants, those Police Officers having been served in this matter, file this Motion solely on their own behalf, and not on behalf of any other named or unnamed defendants.

1

3.     We therefore have not had a chance to discuss the allegations contained in Plaintiff's Complaint with our clients in order to adequately answer or otherwise plead in this matter on their behalves. Answering on behalf of all Defendants at the same time will provide uniform briefing schedules as well as improved efficiencies for the Court.

4.     We are therefore requesting a thirty (30) day enlargement of time from today, July 22nd, 2008, to answer or otherwise plead for the served Defendants, up to and including August 21st, 2008.

5.     I discussed this matter with Plaintiff's counsel Katie Ehrmin, who today by telephone, and, under the circumstances, stated she had no objection to this motion.

6.     Plaintiff has not been prejudiced by the delay in responding to his Complaint since the time service was had, and will not be prejudiced by the granting of this motion.

7.     This motion is filed in good faith, and is not intended for the purpose of undue delay.

WHEREFORE, Defendants respectfully move this Honorable Court to enlarge their respective time thirty (30) days from today, up to and including August 21st, 2007, to answer or otherwise plead in this matter.

Respectfully submitted,

Mark BOSCH, and
Marr VENTURA,

By one of their attorneys,

30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602                    */s/ Thomas H. Freitag*
(312) 742-7391                             Thomas H. Freitag
Atty. No. 6272245                          Assistant Corporation Counsel

2