IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICK BIRGMAN, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 08 C 3274 |
| | ) | |
| v. | ) | HON. MARVIN ASPEN |
| | ) | Judge Presiding |
| CITY OF CHICAGO, | ) | |
| Chicago Police Officer, M.A. BOSCH, and, | ) | MAGISTRATE JUDGE COLE |
| Chicago Police Officer, M.C. VENTURA; | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF AGREED MOTION**

TO:   Jeffrey Granich
      Katie Ehrmin
      Law Offices Jeffrey Granich
      53 W. Jackson Blvd., Suite 840
      Chicago, Illinois  60604

**PLEASE TAKE NOTICE** that I have this day e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS AGREED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD,** a copy of which is herewith served upon you.

**PLEASE TAKE NOTICE** that on August 5th, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, before the Honorable Marvin E. Aspen, or whomever shall be sitting in his stead, in Room 2568 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, I will then and there present the attached **DEFENDANTS AGREED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD.**

**DATED** at Chicago, Illinois this 22nd day of July, 2008.
                                                Respectfully submitted,

                                                */s/ Thomas H. Freitag*
                                                THOMAS H. FREITAG
                                                Assistant Corporation Counsel
                                                30 North LaSalle Street, Suite 1400
                                                Chicago, IL  60602
                                                (312) 742-7391
                                                Atty. No. 6272245

**CERTIFICATE OF SERVICE**

  The undersigned attorney, being first duly sworn upon oath, deposes and states that a copy of the foregoing **NOTICE OF AGREED MOTION** and **DEFENDANTS AGREED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD** was served upon the above-named at the above addresses by U.S. Mail on the 22nd day of July, 2008, unless the respective party has otherwise received official notice via the Court's e-filing system.

                 */s/ Thomas H. Freitag*
                 THOMAS H. FREITAG
                 Asst. Corporation Counsel