**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Patrick Birgman

                                  Plaintiff,

v.                                                               Case No.: 1:08–cv–03274
                                                             Honorable Marvin E. Aspen

City of Chicago, Illinois, et al.

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen dated 7/23/08:Defendants' agreed Motion for extension of time to answer [15] or otherwise plead to plaintiffs' complaint, up to and including 8/21/08, is granted. Motion terminated. The Status hearing set for 8/21/2008 is reset to 8/28/08 at 10:30 AM. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.