IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICK BIRGMAN, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 08 C 3274 |
| | ) | |
| v. | ) | HON. MARVIN ASPEN |
| | ) | Judge Presiding |
| CITY OF CHICAGO, | ) | |
| Chicago Police Officer, M.A. BOSCH, and, | ) | MAGISTRATE JUDGE COLE |
| Chicago Police Officer, M.C. VENTURA; | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' AGREED MOTION
## FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendants, Mark BOSCH and Marr VENTURA ("Individual Defendants")[1], by one of their attorneys, Thomas H. Freitag, Assistant Corporation Counsel of the City of Chicago, respectfully request this Honorable Court, pursuant to FRCP 6(b)(1), to enlarge their respective times to answer or otherwise plead to Plaintiff's Complaint in this matter twenty-one (21) days from today's date, up to and including September 10th, 2008.

In support of this motion, the undersigned state as follows:

1. I, the undersigned Thomas H. Freitag, am one of the Assistant Corporation Counsel of the City of Chicago assigned to represent the two served Individual Defendants in this matter.

2. Due to administrative delays in processing the Individual Defendants requests for representation, related to the recent filing of Plaintiff's Complaint on June 6th, 2008, it was only

---

[1] Defendants, those Police Officers having been served in this matter, file this Motion solely on their own behalf, and not on behalf of any other named or unnamed defendants.

in the last week that counsel was able to learn of service on both Individual Defendants in the case.

3. We therefore have not had a chance to discuss the allegations contained in Plaintiff's Complaint with our clients in order to adequately answer or otherwise plead in this matter on their behalves. Answering on behalf of all Defendants at the same time will provide uniform briefing schedules as well as improved efficiencies for the Court.

4. We are therefore requesting a twenty-one (21) day enlargement of time from today, August 21st, 2008, to answer or otherwise plead for the served Individual Defendants, up to and including September 10th, 2008.

5. I discussed this matter with Plaintiff's counsel Katie Ehrmin, who today by telephone, and, under the circumstances, stated she had no objection to this motion.

6. Plaintiff has not been prejudiced by the delay in responding to his Complaint since the time service was had, and will not be prejudiced by the granting of this motion.

7. This motion is filed in good faith, and is not intended for the purpose of undue delay.

WHEREFORE, Defendants respectfully move this Honorable Court to enlarge their respective time twenty-one (21) days from today, up to and including September 10th, 2008, to answer or otherwise plead in this matter.

Respectfully submitted,

Mark BOSCH, and
Marr VENTURA,

By one of their attorneys,

30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-7391
Atty. No. 6272245

*/s/ Thomas H. Freitag*
Thomas H. Freitag
Assistant Corporation Counsel

2