UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Patrick Birgman
                           Plaintiff,

v.                                                  Case No.: 1:08–cv–03274
                                                Honorable Marvin E. Aspen

City of Chicago, Illinois, et al.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 25, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen dated 8/25/08:Defendants' agreed Motion for extension of time to answer [20] or otherwise plead to plaintiff's complaint, up to and including 9/10/08, is granted. Motion terminated. The status hearing set for 8/28/08 is reset to 9/25/08 at 10:30 a.m. The motion hearing set for 8/28/08 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.